1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENDA L. NORTH,

                Plaintiff,

v.

THE STATE OF WASHINGTON and the
WASHINGTON STATE GAMBLING
COMMISSION, a State Agency, JOHN
AND JANE DOES 1-10,

                Defendants.

No.  3:23-cv-5552-BHS

STIPULATED MOTION AND
ORDER TO STAY INITIAL CASE
SCHEDULING DEADLINES

NOTE ON MOTION CALENDAR
September 6, 2023

**STIPULATION**

Plaintiff Brenda L. North and Defendants State of Washington and the Washington State

Gambling Commission by and through their counsel, stipulate as follows:

1.      Plaintiff filed the operative complaint in this action on May 18, 2023, Dkt. #1-5,

and defendants filed a notice of removal on June 20, 2023, Dkt. #1.

2.      Defendants' deadline to answer or otherwise respond to the Amended Complaint

was  June 27, 2023. Defendants' filed a still pending motion to dismiss on June 27, 2023, Dkt. #4

(the "Motion").

STIPULATED MOTION AND ORDER
TO STAY INITIAL CASE
SCHEDULING DEADLINES - 1
Case No. 3:23-cv-5552-BHS

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

3.      Per the Court's order, Dkt. #3, the initial case deadlines are currently set as follows: the Parties' deadline to conduct a Rule 26(f) conference is September 11, 2023; their deadline to serve initial disclosures is September 18, 2023; and their deadline to file a joint status report is September 25, 2023.

4.      The Parties have conferred and agree that the above initial scheduling deadlines should be stayed pending the Court's resolution of the Motion.

5.      Case management deadlines established by the Court may be modified "for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Good cause exists to stay all initial scheduling deadlines pending the Court's decision on the Motion because such decision may affect the necessity, scope, or content of the Rule 26(f) conference, the Parties' initial disclosures, and the joint status report and discovery plan. For those reasons, pursuant to LCR 7(d)(1) and LCR 10(g), the Parties respectfully request that the Court stay the initial scheduling deadlines until after it adjudicates Defendants' Motion.

STIPULATED to this 6th day of September, 2023.

PACIFICA LAW GROUP LLP

s/ Ian D. Rogers                                    s/Harold H. Franklin,Jr.
Zachary J. Pekelis, WSBA #44557        Harold H. Franklin, Jr., WSBA #20486
Ian D. Rogers, WSBA #46584
Shweta Jayawardhan, WSBA #58490      *Attorney for Plaintiff*
Special Assistant Attorneys General

*Attorneys for Defendants State of Washington
and Washington State Gambling Commission*

STIPULATED MOTION AND ORDER
TO STAY INITIAL CASE
SCHEDULING DEADLINES - 2
Case No. 3:23-cv-5552-BHS

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**ORDER**

The Court orders that the Stipulated Motion is granted and all initial case scheduling

deadlines shall be stayed pending entry of this Court's order on Defendants' Motion to Dismiss.

DATED this 7th day of September, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP

s/ Ian D. Rogers
Zachary J. Pekelis, WSBA #44557
Ian D. Rogers, WSBA #46584
Shweta Jayawardhan, WSBA #58490
Special Assistant Attorneys General

*Attorneys for Defendants State of Washington
and Washington State Gambling Commission*

s/Harold H. Franklin, Jr.
Harold H. Franklin, Jr., WSBA #20486
*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER
TO STAY INITIAL CASE
SCHEDULING DEADLINES - 3
Case No. 3:23-cv-5552-BHS

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750